KENDALL BRILL & KELLY LLP
Nary Kim (293639)
 nkim@kbkfirm.com
David T. Freenock (332239)
 dfreenock@kbkfirm.com
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendant Sonos, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RAYMOND GOODROW, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>            Defendant. | Case No. 2:25-cv-05776-RGK-AS<br><br>**DEFENDANT SONOS, INC.'S NOTICE OF RELATED CASES [LOCAL RULE 83-1.3]**<br><br>Judge:  R. Gary Klausner<br>Courtroom:     850, 8th Floor<br><br>Action Filed: June 25, 2025<br>Trial Date:    None |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604462065

Case No. 2:25-cv-05776-RGK-AS

DEFENDANT SONOS, INC.'S NOTICE OF RELATED CASES [LOCAL RULE 83-1.3]

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 83-1.3 of this Court's Local Rules, Defendant Sonos, Inc. hereby notifies this Court and all parties appearing that the following four cases filed in the Central District are related within the meaning of this Rule, because they (a) arise from the same or closely-related transactions, happenings, and events; (b) call for determination of the same or substantially-related or similar questions of law or fact; or (c) would, in any event, entail substantial duplication of labor if heard by different judges:

1. This present case, *Raymond Goodrow v. Sonos, Inc.*, Case No. 2:25-cv-05776-RGK-AS, filed on June 25, 2025.

2. The earlier-filed case, *Scott Blair v. Sonos, Inc.*, Case No. 2:25-cv-05471-CAS-SK, filed on June 16, 2025 and currently assigned to the Honorable Christina A. Snyder.

3. The earlier-filed case, *Tim Albrecht v. Sonos, Inc.*, Case No. 2:25-cv-05079-JLS (RAOx), filed on June 4, 2025 and currently assigned to the Honorable Josephine L. Staton;[1] and

4. The earliest-filed case, *Robert Bornemann, et al. v. Sonos, Inc.*, Case No. 2:25-cv-04656-MEMF-KS, filed on May 22, 2025 and currently assigned to the Honorable Maame Ewusi-Mensah Frimpong.

The present case is related to the earlier-filed *Bornemann* case (and to the other two *Albrecht* and *Blair* cases) under the criteria enumerated in Rule 83-1.3 because:

---

[1] Defendant timely filed a Notice of Related Cases in the *Albrecht* case on June 12, 2025, notifying that Court of the earlier-filed *Bornemann* case. Dkt. No. 12 in *Albrecht*. In that Notice, Defendant noted that the two Complaints in *Bornemann* and *Albrecht* consist of the exact same allegations and are, in most instances, a word-for-word copy of the Complaint in the *Bornemann* case. *Compare Albrecht* Compl.) ¶¶ 1-15, 17, 18-62, 64-86, 88-96, 98-134, 135-144 *with* identical allegations in *Bornemann* Compl. ¶¶ 1-15, 30, 32-76, 78-100, 102-110, 112-148, 210-219. Defendant likewise will file a similar Notice of Related Cases in the *Blair* case, upon its initial appearance in that case.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604462065

2

Case No. 2:25-cv-05776-RGK-AS
DEFENDANT SONOS, INC.'S NOTICE OF RELATED CASES [LOCAL RULE 83-1.3]

(i) The Complaint in this present case and the earlier-filed complaint in *Robert Bornemann, et al. v. Sonos, Inc.*, Case No. 2:25-cv-04656-MEMF-KS, consist of many the same substantive allegations, including several paragraphs that are a near word-for-word copy, of the other. *Compare*, *e.g.*, Dkt. No. 1 (*Goodrow* Compl.) ¶¶ 1-11 *with* Bornemann Compl. ¶¶ 1-11.

(ii) This case and the *Bornemann* case each concern the release of the redesigned Sonos App and the statements that Sonos allegedly made about the redesigned Sonos App.

(iii) This case and the *Bornemann* case each involve the same causes of action for Violations of the Computer Fraud And Abuse Act, Violations of the California Computer Data Access and Fraud Act, Violations of California's False Advertising Laws, Trespass to Chattels, and Violations of California's Unfair Competition Law.

(iv) Both cases seek to certify a nationwide class consisting of substantially the same population(s) of consumers.

Substantial judicial efficiencies will be realized if these matters are found related, and there will be a substantial duplication of labor if the matters are heard by different judges for the same reasons.

For all the foregoing reasons, this matter should be found to be related to earliest-filed *Robert Bornemann, et al v. Sonos, Inc.*, Case No. 2:25-cv-04656-MEMF-KS, assigned to the Honorable Maame Ewusi-Mensah Frimpong.

DATED: June 30, 2025            KENDALL BRILL & KELLY LLP

By:   /s/ Nary Kim
      Nary Kim
      Attorneys for Defendant Sonos, Inc.