# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:25-cv-05776-MEMF-KS            Date October 7, 2025

Title: Raymond Goodrow v. Sonos, Inc.

Present: The Honorable Maame Ewusi-Mensah Frimpong

| Damon Berry | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

N/A                                              N/A

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  This case is closed by ECF No. 18.

☐ Entered _____.

Initials of Preparer    DBE